DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIAM B. LEWIS, SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2379

_____

September 30, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County; Melissa Gravitt, Judge.

William B. Lewis, Sr., pro se.

PER CURIAM.

    Affirmed.

NORTHCUTT, KELLY, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.